IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                      Case No. 3:09cv210/RV/EMT

CHARLES HALLEY,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 22, 2009 (Doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion for voluntary dismissal (Doc. 4) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 28th day of July, 2009.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**